April 16, 2015



# JUDGMENT

## The Fourteenth Court of Appeals

ESTEBAN SANCHEZ, Appellant

NO. 14-15-00250-CR                          V.

THE STATE OF TEXAS, Appellee

_____

     This cause was heard on the transcript of the record of the court below. The record indicates that the appeal should be dismissed. The Court orders the appeal **DISMISSED** in accordance with its opinion.

     We further order appellant pay all costs expended in the appeal.

     We further order this decision certified below for observance.